**SHERRY RADACK**
**CHIEF JUSTICE**

**TERRY JENNINGS**
**EVELYN KEYES**
**LAURA CARTER HIGLEY**
**JANE BLAND**
**MICHAEL MASSENGALE**
**HARVEY BROWN**
**REBECA HUDDLE**
**RUSSELL LLOYD**
**JUSTICES**



# Court of Appeals
# First District of Texas
### 301 Fannin Street
### Houston, Texas 77002-2066

**CHRISTOPHER A. PRINE**
**CLERK OF THE COURT**

**JANET WILLIAMS**
**CHIEF STAFF ATTORNEY**

**PHONE:** 713-274-2700
**FAX:** 713-755-8131

www.txcourts.gov/1stcoa.aspx

April 28, 2015

David Connell Junior
c/o 7034 Sun Creek Drive
Hitchcock, TX 77563

Mario Porras
2937 Avenue S
Santa Fe, TX 77510

Rachaelle Reynolds
Rachaelle Reynolds & Associates, PLLC
5522 Larkin St Unit A
Houston, TX 77007

Kenny And Dana Bear
13704 Walker
Santa Fe, TX 77510

Lloyd And Carolyn Gilliam
13408 4 1/2 Street
Santa Fe, TX 77510

Steven And Regina Brueggeman
13531 4 1/2 Street
Santa Fe, TX 77510

Michael And Raquel Sanders
13214 4 1/2 Street
Santa Fe, TX 77510

Lila Rose Anderson
13030 4 1/2 Street
Santa Fe, TX 77510

Charles Murl And Karen Beaird
13410 4 1/2 Street
Santa Fe, TX 77510

Jason Bromas
3433 Shouse Street
Santa Fe, TX 77510

Ricky Leggett
13509 Walker Road
Santa Fe, TX 77510

Donna H. Johnson
P.O. Box 467
Santa Fe, TX 77510

Barbara McGuire
P.O. Box 721
Santa Fe, TX 77510

Richard Alan Morris
Rogers, Morris & Grover LLP
5718 Westheimer Rd Ste 1200
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Martha Hollan
13310 4 1/2 Street
Santa Fe, TX 77510

Adam David Courtin
Rogers, Morris & Grover, LLP
5718 Westheimer Rd. Ste 1200
Houston, TX 77057
* DELIVERED VIA E-MAIL *

Mr. And Mrs. E.E. Ewing Junior
3425 Avenue S
Santa Fe, TX 77510



Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



U.S. POSTAGE >> PITNEY BOWES

ZIP 77002   $ 000.48⁰
02 1W
0001372104 APR 28 2015

Not at this address

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

MAY 2 8 2015

CHRISTOPHER A. PRINE
CLERK

CASE NO. 01-14-00186-CV
DONNA H. JOHNSON
P.O. BOX 467
SANTA FE, TX 77510

NIXIE        773   7E 1009        0005/22/15

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

BC: 77002206699      *2833-10471-28-39

7751004676
77002 2066